IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX
************

| | |
|---|---|
| **UNITED STATES OF AMERICA** (Small Business Administration),<br><br>Plaintiff,<br><br>v.<br><br>**XIOMARA TORRES AND FLAGSTAR BANK, FSB,**<br><br>Defendants. | CASE NO. 2023-CV-00028<br><br>ACTION FOR DEBT AND FORECLOSURE OF MORTGAGE |

## COMPLAINT

**COMES NOW**, Plaintiff, **UNITED STATES OF AMERICA**, by and through its attorneys, Delia L. Smith, United States Attorney for the District of the Virgin Islands, and Aysha R. Gregory, Assistant United States Attorney, and for its complaint against Defendants states as follows:

### I.    PARTIES

1. This is an action for debt and foreclosure by Plaintiff, the United States of America on behalf of the Small Business Administration (the "United States") to foreclose on a mortgage given by the borrower, Xiomara Torres ("Defendant Torres") to the United States.

2. Upon information and belief, Defendant Torres is a citizen and resident of St. Croix, U.S. Virgin Islands, within the jurisdiction of this Court.

3. Upon information and belief, Defendant Flagstar Bank, FSB ("Flagstar") is a federally chartered savings bank existing under the laws of the United States and whose address is 5151 Corporate Drive, Troy, Michigan 48098-2639.

1

## II. JURISDICTION AND VENUE

4. The Court has jurisdiction over this matter pursuant to Title 28, United States Code, Section 1345 because this is an action commenced by the United States.

5. The Court has personal jurisdiction over Flagstar as an out of state corporation pursuant to 5 V.I.C. §§ 4903(1) and (5).

6. Venue is proper in this district pursuant to Title 28, United States Code, Section 1391, because the property involved in this action is located within the Territory of the Virgin Islands.

## III. FACTS

### A. First Priority Mortgage

7. On July 24, 2017, Defendant Torres executed and delivered to Mortgage Electronic Registration Systems, Inc. ("MERS"), a promissory note in which she promised to repay Seventy-Six Thousand Two Hundred Ninety Two Dollars ($76,292.00), plus interest. Defendant Torres promised to pay this debt in regular periodic payments and to pay the debt in full no later than August 1, 2047.

8. As security for the payment of the Note, Defendant Torres executed a Mortgage ("First Priority Mortgage') with Mortgage Electronic Registration Systems, Inc. ("MERS"), which was recorded on July 25, 2017, as Document No. 2017002716, in the Office of the Recorder of Deeds on St. Croix, U.S. Virgin Islands for the property described as:

> Plot No. 269, (comprising 0.0846 U.S. Acres, more or less) of
> Estate Whim, Westend Quarter, St. Croix, U.S. Virgin Islands,
> as more particularly shown on OLG Drawing No. 2663, dated
> December 22, 1968

(the "Property"). A copy of the First Priority Mortgage is attached hereto and incorporated by reference as **Exhibit A.**

9. The First Priority Mortgage was assigned by MERS, Assignor, to Flagstar Bank, FSB ("Flagstar"), Assignee, on January 16, 2018, and was recorded on February 6, 2018, as Doc. No. 2018000442. A copy of the Assignment of Mortgage is attached hereto and incorporated by reference as **Exhibit B**.

10. On or about July 18, 2018, Defendant Torres executed and delivered to the Flagstar a Loan Modification Agreement in which the amount payable to Flagstar under the Note and the Security Instrument (the "Unpaid Principal Balance") is the principal sum of Eighty Thousand Two Hundred and Five dollars and Twenty-One Cents ($80,205.21), plus interest at the rate of 4.750% per annum in monthly installments beginning September 1, 2018.  A copy of the Loan Modification Agreement, which was recorded on November 2, 2018, as Doc. No. 2018004350 at the Office of Recorder of Deeds on St. Croix is attached hereto and incorporated by reference as **Exhibit C.**

### B. Junior Lienholder

11. On or about December 11, 2017, Defendant Torres executed and delivered to the United States a promissory note (the "Note") in which she promised to pay the United States the principal sum of One Hundred Sixty-Six Thousand, One Hundred Dollars ($166,100.00), plus interest at the rate of 1.750% per annum in monthly installments beginning December 11, 2018.  A copy of the Note is attached hereto and incorporated by reference as **Exhibit D.**

12. As security for the payment of the Note, on the same date, Defendant Torres executed and delivered to the United States a real estate mortgage ("Junior Mortgage"). By its terms, the Junior Mortgage secures payment of the indebtedness owed by Defendant Torres to the United States under the Note. The Junior Mortgage was recorded on January 11, 2018, in the Office of the Recorder of Deeds for the St. Croix Division as Doc. No. 2018000098. A copy of the Junior Mortgage is attached hereto and incorporated by reference as **Exhibit E**.

13. Defendant Torres is in default under the terms and conditions of the Note and Junior Mortgage by virtue of their failure to pay the monthly installment due and owing under the Mortgage.

14. By reason of the default, and pursuant to the terms of the Note and Junior Mortgage, the United States declared the entire amount of the indebtedness evidenced by the Note and secured by the Junior Mortgage to be immediately due and payable and demanded payment from Defendant Torres.

15. Defendant Torres has failed to cure the default within the time provided and failed to pay all principal and interest as demanded. A copy of the demand letters is attached hereto and incorporated by reference as **Exhibit F.**

16. Accordingly, there is now justly due and owing by Defendant Torres to the United States the following sum:

>   a. Loan ………………………………………………………………… $50,000.00
>   b. Recoverable Expenses …………. ………………………………....$ 2,350.00
>   Total Amount Disbursed …………………………………………... $52,350.00
>   c. Accrued Interest as of July 1, 2023 ..……………………….......  $ 4,764.28
>   Total Charges Outstanding (Total Indebtedness) …………………..**$ 57,114.28**

Interest rate on the loan is 1.750% and the daily interest rate is currently accruing at a rate of $2.51 per day until the date of judgment. After the entry of judgment, interest will accrue at the legal rate of interest, pursuant to 28 U.S.C. §1961. A Certificate of Indebtedness is attached hereto as **Exhibit G.**

17. No other action has been brought at law or in equity to enforce the provisions of the Note and Junior Mortgage, and all conditions precedent to the bringing of this action have occurred or been performed, including any and all loan servicing actions required by applicable statutes and regulations.

18. The United States' Junior Mortgage is a lien upon the Property, which is a second mortgage, and is inferior not superior to the First Priority Mortgage held by Flagstar.

19. Fee simple title to the Property is vested in Defendant Torres.

   **WHEREFORE**, Plaintiff United States requests the following relief:

   a. Judgment declaring that Defendant Torres defaulted on the Note and Junior Mortgage, thereby entitling the United States to exercise all of the remedies provided for in those documents;

   b. Judgment against Defendant Torres awarding the United States all amounts due under the Note, including principal, interest, recaptured interest credits, and costs;

   c. Judgment foreclosing the United States' Junior Mortgage and ordering that the Property be sold by the United States Marshal, and after the mortgage to Flagstar is paid in full, that the United States be paid all amounts due under the Note from the proceeds of the sale;

  d. Judgment declaring that Defendant Torres and all persons claiming from and under her are barred and forever foreclosed of all rights, title, lien, claim and equity of redemption in and to the Property, subject only to the statutory right of redemption, except where waived and released;

  e. Judgment declaring the relative order of priority of liens against the Property as to the United States and any other person or entity that may have filed liens after the recording of the United States' lien; and

  f. Judgment awarding the United States such other and further relief as the Court deems just and proper.

Respectfully submitted,

**DELIA L. SMITH**
UNITED STATES ATTORNEY

Dated: July 19, 2023  By: *s/ Aysha R. Gregory*
  Aysha R. Gregory
  Assistant U.S. Attorney
  5500 Veterans Drive, Suite 260
  Ron de Lugo Federal Building
  St. Thomas, VI 00802
  340-715-9430 (Direct)
  aysha.gregory@usdoj.vi