## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA (Small Business Administration)**, <br><br> Plaintiff, <br><br> —v— <br><br> **XIOMARA TORRES,** <br><br> Defendant. | Case No: 1:23-cv-00028 <br><br> **ACTION FOR DEBT AND FORECLOSURE OF MORTGAGE** |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned matter be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), inasmuch as the parties have reached a settlement of all issues in this matter.

WHEREFORE, the parties give notice to the Court of the voluntary dismissal of this action without prejudice, each party to bear its own costs and fees. A proposed Order accompanies this Stipulation.

Respectfully submitted,

**DELIA L. SMITH**
UNITED STATES ATTORNEY

DATED: May 3, 2024

By: *s/ Aysha R. Gregory*
Aysha R. Gregory
Assistant United States Attorney
Office of the U.S. Attorney
Ron de Lugo Federal Building
5500 Veterans Drive, Suite 260
St. Thomas, VI 00802-6424
Telephone: 340-774-5757
Email: aysha.gregory@usdoj.gov

*USA v. Xiomara Torres*
Civil No. *1:23-cv-00028*
Joint Stipulation of Dismissal
Page **2** of **2**

                                                                              **Legal Services of the Virgin Islands, Inc.**

DATED: May 3, 2024                    By: *s/ Damion Sanders*
                                                                   Damion Sanders, Esq.
                                                                   6002 Estate Diamond Ruby, Ste. #7
                                                                   Christiansted, VI 00820

                                                                   *Counsel for Defendant Torres*